**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 17, 2023

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/18/23
```

    Re:   *United States v. Rosario*, 23 Cr. 470 (ALC)

Dear Judge Carter:

    The Government respectfully submits this letter to move with the defense's consent to adjourn the initial pre-trial conference currently scheduled for Tuesday, September 19, 2023. Defense counsel has informed the Government that the defense has a scheduling conflict during the initial scheduled conference. The parties have conferred and are available on Thursday, September 21, 2023 at noon, at which time we understand the Court is also available. The parties are also available on Friday, September 22, 2023, or at such other time as would be convenient for the Court.

    In the event the Court grants the adjournment, the Government also respectfully moves, with the defense's consent, to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, between September 19, 2023, and the date of the adjourned conference. Excluding this time would serve the ends of justice by providing both parties to proceed with negotiating a protective order and exchanging discovery, outweighing the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

                       By: _____
                                Georgia V. Kostopoulos
                                Assistant United States Attorney
                                (212) 637-2212

Cc: Sylvie Levine, Esq. (via ECF)

The application is **GRANTED**. The status conference is adjourned to 9/21/23 at 2:30 p.m. Time excluded from 9/19/23 to 9/2123 in the interest of justice. So Ordered. *[signature]* 9/18/23