UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-13-23_

UNITED STATES OF AMERICA,

                -against-

ROMER MENDEZ ROSARIO,

           Defendant.

------------------------------------------------------------X

1: 23-CR-00470 (ALC)

**ORDER**

Andrew L. Carter, Jr, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include the following condition of release:

    - *Mental health evaluation and treatment as directed by Pretrial Services.*

**SO ORDERED.**

Dated:  New York, New York
       October 13 , 2023

_____
Andrew L. Carter, Jr
United States District Judge