**AMENDED MEMO ENDORSEMENT**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 27, 2023

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **11/28/23**

Re: **United States v. Romer Rosario**
**23 Cr. 470 (ALC)**

Dear Judge Carter,

    I write to respectfully request that the Court adjourn the status conference currently scheduled for tomorrow, Tuesday, November 28, 2023 for approximately 45 days. We are still in the process of reviewing the discovery in this matter and the requested adjournment will enable to complete that process. This is the first request for an adjournment of this conference. The government, by Assistant United States Attorney Georgia Kostopolous, consents to this request.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Rosario
212-417-8729

The application is **GRANTED**. The status conference is adjourned to 1/11/24 at 2 p.m. Time excluded from 11/27/23 to 1/11/24 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
**11/28/23**