**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 9, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/10/24__

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Romer Rosario**
      23 Cr. 470 (ALC)

Dear Judge Carter,

    I write to respectfully request that the Court adjourn the status conference currently scheduled for Thursday, January 11, 2024 for approximately 45 days. The parties have begun discussions about a possible pre-trial resolution of this matter. We make the instant request to complete those negotiations. This is the second request for an adjournment of this conference.

    The government, by Assistant United States Attorney Georgia Kostopolous, consents to this request.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Rosario
212-417-8729

The application is **GRANTED**. The status conference is adjourned to 2/27/24 at 12:00 p.m. Time excluded from 1/11/24 to 2/27/24 in the interest of justice.
So Ordered.

*Andrew L. Carter* 1/10/24