```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-30-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,

          -against-

ROMERO ROSARIO,

                        Defendant.

-----------------------------------------------------------------x

23 CR 470 (ALC)

**ORDER**

**ANDREW L. CARTER, JR.**, District Judge:

A Bail Revocation Hearing is set for **February 1, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
            January 30, 2024

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge