USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-1-24

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   23 __ CR 470 ____ (ALC)
                                    :
          -against-                 :         ORDER
                                    :
Romer Rosario                       :
                                    :
              Defendant             :
------------------------------------x

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:  New York, New York
        February 1, 2024