USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-16-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                - v. -                                23-CR-00470 (ALC)

**ORDER**

ROMER ROSARIO,

                      **Defendant.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is set for **April 23, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:     New York, New York
            April 16, 2024

                                                  **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**