USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-23-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

- v. -                                    23-CR-00470 (ALC)

<u>ORDER</u>

ROMER ROSARIO,

                               Defendant.

------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

       The Final Pre-Trial Conference set for August 8, 2024 and the Jury Selection and Trial set for August 19, 2024 are CANCELLED.

SO ORDERED.

Dated:       New York, New York
               April 23, 2024

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**