```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-5-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                - v. -                                  23-CR-00470 (ALC)

                                                       **ORDER**

ROMER ROSARIO,

                           Defendant.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Pre-Trial Status Conference set for August 8, 2024, is CANCELED.

**SO ORDERED.**

Dated:    New York, New York
             June 5, 2024

                                                  _____
                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge