# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 13, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/17/24____

**Via ECF and Email**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     **United States v. Romer Rosario**
        **23 Cr. 470 (ALC)**

Dear Judge Carter,

I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, currently scheduled for July 30, 2024, and the attendant pre-sentencing deadlines, for approximately one week. The defense is still in the process of finalizing our sentencing materials, so that we can effectively represent Mr. Rosario at sentencing, and we need the requested time to complete that work.

The government by Assistant United States Attorney Katherine Cheng consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Rosario
212-417-8729

The application is **GRANTED**. The sentencing is adjourned to 8/6/24 at 3:00 p.m.
So Ordered.

*Andrew L. Carter*
7/17/24