```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-6-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                              Plaintiff,

        - v. -                                      23 CR 470 (ALC)

ROMER ROSARIO,                             **ORDER**

                              Defendant.

----------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Sentencing set for August 8, 2024, is adjourned to **2:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
           August 6, 2024

                                            _____
                                            ANDREW L. CARTER, JR.
                                            **United States District Judge**